IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 17-cv-01545-MSK-MJW

APTIVE ENVIRONMENTAL, LLC,

    Plaintiff,

v.

TOWN OF CASTLE ROCK, COLORADO,

    Defendant.

_____

# JUDGMENT
_____

**PURSUANT TO** the Court's oral findings of fact and conclusions of law issued on March 22, 2018, judgment is hereby entered in favor of the Plaintiff, Aptive Environmental, LLC, and against the Defendant, Town of Castle Rock, Colorado, on the claims in this action. The Town of Castle Rock is permanently enjoined from enforcing Chapter 5.04.080(A)(4) of the Castle Rock Municipal Code, known as the "curfew" on solicitation activities. Costs are awarded to the Plaintiff pursuant to Fed. R. Civ. P. 54(d)(1).

    Dated this 22d day of March, 2018.

                                               **BY THE COURT:**

                                               */s/ Marcia S. Krieger*
                                               _____

                                               Marcia S. Krieger
                                               Chief United States District Judge